# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.    *

      Plaintiffs    *

v.    *    **Civil No. 97-2481(SEC)**
                      **Section 1983/Police**

MARIA RIVERA ORTIZ, et al.    *

      Defendant    *

****************************

## ORDER

The above-captioned matter is hereby referred to Magistrate Judge Justo Arenas for the holding of a case management and settlement conference, **to be set no later than November 15, 1999**. The meeting should address the following issues, among others: (a) whether there has been compliance with the deadlines imposed in the case management order; (b) whether the case is ripe for settlement; and (c) if settlement is not viable, whether the parties would be willing to revisit the possibility of consenting to proceed before a Magistrate Judge. In the event that settlement negotiations are not successful and the parties are unwilling to consent to trial before the Magistrate Judge, **the case shall be returned to this Court**.

      **SO ORDERED.**

In San Juan, Puerto Rico, this _13_ day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge

