IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiffs

v.                                                              CIVIL 97-2481 (SEC)

MARIA RIVERA ORTIZ, et al.,

Defendants

_____

ORDER

A case management and settlement conference is set for November 9, 1999 at 9:30 a.m.

In San Juan, Puerto Rico, this 22nd day of September, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)