IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiffs

v.                                                      CIVIL 97-2481 (SEC)

MARIA RIVERA ORTIZ, et al.,

Defendants

## CASE MANAGEMENT/SETTLEMENT CONFERENCE REPORT

At today's conference, plaintiffs were represented by Osvaldo Pérez Marrero, Esq., defendants by María Judith Surillo, Esq.

Parties may consent to my jurisdiction. If they do, the pretrial conference will be held on March 27, 2000 at 2:00 p.m. The jury trial will be held on April 11, 2000 at 9:30 a.m.

In San Juan, Puerto Rico, this 9th day of November, 1999.

JUSTO ARENAS
United States Magistrate Judge