IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiffs

v.  CIVIL 99-2481 (SEC) (JA)

MARIA RIVERA ORTIZ, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Extension of Time to Answer or Otherwise Plead, 4-14-99. | 20 | Granted. |
| Notice of Appearance, 11-18-99. | 37 | Noted. |

In San Juan, Puerto Rico, this 23rd day of November, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)