IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiffs

v.                                             CIVIL 97-2481 (SEC)

MARIA RIVERA ORTIZ, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
| --- | --- | --- |
| Motion for Leave to Amend Joint Case Management Memorandum, 12-7-99. | 40 | Granted. |
| Motion Requesting Extension of Time to Answer Defendants' Motion for Judgment on Pleadings, 12-8-99. | 41 | Granted. |

In San Juan, Puerto Rico, this 13th day of December, 1999.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)