IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiffs

v.

CIVIL 97-2481 (SEC)

MARIA RIVERA ORTIZ, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Clarification of This Court's Order of December 13, 1999, 12-20-99. | 43 | The Rule 12(c) motion is treated as a Rule 12(c) motion. |

In San Juan, Puerto Rico, this 23th day of December, 1999.

JUSTO ARENAS
United States Magistrate Judge



