IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Micaela GUALDARRAMA, per se
Victor Roldan Morales, per se
and both representing minor
Reina Roldan Gualdarrama
    Plaintiffs

v.                              CIVIL 97-2481(SEC)

Maria Rivera Ortiz: Victor
Marrero Barrios; Walbert
Garcia: Pedro Toledo, John Doe
Richard Roe

Defendants

O R D E R

    The Puerto Rico Police Department is ordered to provide plaintiffs within thirty days the following:

    1.    Copy of any Police Order, Memoranda or Procedure established for the Police Public Residential Occupation Program;

    2.    A list indicating all Public Residential Housing projects that have been subject of Police Occupation Operatives, dates of occupation, phase of intervention.

    3.    Copy of the administrative investigation report on Q-97-00-03-285.

In San Juan, Puerto Rico this 31st day of January, 2000.

Justo Arenas
United States Magistrate Judge