IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiffs

v.                                          CIVIL 97-2481 (SEC)

MARIA RIVERA ORTIZ, et al.,

Defendants

## AD HOC CONFERENCE REPORT

At today's conference, plaintiffs were represented by Osvaldo Pérez Marrero, Esq., defendants by María Judith Surillo, Esq.

Plaintiffs are granted 30 days to reply to the Rule 12(c) motion. Rulings were made in relation to discovery issues. Those rulings will not be listed since the parties are aware of them.

In San Juan, Puerto Rico, this 31st day of January, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)