# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS                          DATE: March 27, 2000
                                                Civil 97-2481(SEC)(JA)
                                                              ATTORNEY

MICAELA GUALDARRAMA, et al.

v.

MARIA RIVERA, et al.

---

Today's pretrial is left without effect. A status conference is set for April 27, 2000 at 10:00 a.m. Minutes to be notified.