IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiffs

v.                                                        CIVIL 97-2481 (SEC) (JA)

MARIA RIVERA ORTIZ, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Continuance of Pretrial Conference, 03-23-00. | 48 | The pretrial conference is vacated. A status conference is set for April 27, 2000 at 10:00 a.m. The jury trial set for April 11, 2000 is canceled. |

In San Juan, Puerto Rico, this 3rd day of April, 2000.

JUSTO ARENAS
United States Magistrate Judge