IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| HONORABLE JUSTO ARENAS | DATE: May 22, 2000 |
| | CIVIL 97-2481 (SEC)(JA) |
| | ATTORNEY |
| MICAELA GUALDARRAMA, et al. | OSVALDO PEREZ MARRERO |
| v. | |
| MARIA RIVERA ORTIZ, et al. | MARIA JUDITH SURILLO |

This case was set for status conference on April 27, 2000. The United States magistrate judge was unavailable. The above attorneys appeared and represented the following:

Mr. Pérez will file a motion for reconsideration from the 12c motion ruling within the next few days and requested that the case be set for pretrial.

Ms. Surillo will file a short motion for summary judgment regarding the issue of supervisory liability and qualified immunity. This will be filed ten days after she receives copy of the depositions transcripts taken by attorney Pérez. She would like pretrial and trial dates set as soon as possible.

The pretrial is set for June 5, 2000 at 3:00 p.m. A trial date will be selected at that time.

Minutes to be notified.

