IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiffs

v.                                            CIVIL 97-2481 (SEC) (JA)

MARIA RIVERA ORTIZ, et al.,

Defendants

## PRETRIAL CONFERENCE REPORT

At today's conference, plaintiffs were represented by Osvaldo Pérez Marrero, Esq., defendants by María Judith Surillo, Esq.

Trial is set for October 10, 2000 at 9:30 a.m. I will meet with counsel to resolve issues related to witnesses and exhibits. A summary judgment motion pends resolution. The proposed pretrial order is approved. Trial time is estimated at three days. All exhibits are to be premarked. Proposed *voir dire*, jury instructions and verdict forms are to be submitted in accordance with Local Rule 324 if jury trial has been demanded. All exhibits agreed to are admitted in evidence once used at trial. Any exhibits marked as such and not used at trial will be deemed withdrawn.

At trial, counsel are now admonished not to make distracting gestures, shuffle papers, open and close binders and books, or whisper loudly during opposing counsel's opening statement or closing argument.

AO 72
(Rev. 8/82)

CIVIL 97-2481 (SEC) (JA)                    2

Counsel are prohibited from addressing each other, without leave, in the presence of the jury.

If a jury trial, testimony will be heard from 9:30 a.m. to noon and from 1:30 p.m. to 5:00 p.m., with two 15 to 20 minute breaks. Upon notice, all preliminary matters, extended legal issues or motions *in limine* will be attended to outside of the schedule of testimony.

In San Juan, Puerto Rico, this 5th day of June, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev. 8/82)