IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiffs

v.                                            CIVIL 97-2481 (SEC) (JA)

MARIA RIVERA ORTIZ, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Defendants' Motion Requesting Leave to Reply, 06-16-00. | 60 | Granted. |

In San Juan, Puerto Rico, this 20th day of June, 2000.

JUSTO ARENAS
United States Magistrate Judge



AO 72
(Rev. 8/82)