IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiffs

v.                                CIVIL 97-2481 (SEC) (JA)

MARIA RIVERA ORTIZ, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Pursuant to Local Rule 108, 05-19-00. | 53 | Granted. |
| Motion Pursuant to Local Rule 108, 06-09-00. | 58 | Granted. |
| Motion Pursuant to Local Rule 108, 07-05-00. | 64 | Granted. |

In San Juan, Puerto Rico, this 7th day of July, 2000.

JUSTO ARENAS
United States Magistrate Judge



AO 72
(Rev. 8/82)