IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Micaela Gualderrama, et al

Plaintiff

v.                                                          Civil 97-2481 (SEC-JA)

María Rivera-Ortiz, et al

Defendants

### PARTIAL JUDGMENT

The Court, through the Honorable Justo Arenas, U. S. Magistrate Judge, has entered an opinion and order on August 24th, 2000 directing the Clerk to enter judgment.

**IT IS ORDERED AND ADJUDGED** that the complaint be and is hereby **DISMISSED** as to Sergeant Walbert García and Superintendent Pedro Toledo.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 25th day of August 2000.

FRANCES RIOS DE MORAN
Clerk of the Court

_____
Deputy Clerk