IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS          DATE: September 22, 2000
                                 CIVIL 97-2481 (SEC)
                                 ATTORNEY

MICAELA GUALDARRAMA, et al.

v.

MARIA RIVERA ORTIZ, et al.

The jury trial scheduled for October 10, 2000 is vacated. Minutes to be notified.

