IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiffs

v.                                          CIVIL 97-2481 (SEC) (JA)

MARIA RIVERA ORTIZ, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Leave to Reply to Defendant's "Reply to the Opposition to Motion for Summary Judgment," 07-10-00. | 65 | Granted. |
| Urgent Motion to Supplement the Proposed Pretrial Order, 08-01-00. | 69 | Granted. |
| Motion to Compel, 08-04-00. | 70 | Granted. |
| Motion Requesting Leave to Conduct Discovery According to Unexpected Sworn Statement of Lt. Angel L. Torres, 08-24-00. | 74 | Granted. |
| Urgent Motion to Supplement Proposed Pretrial Order, 08-24-00. | 75 | Granted. |
| Motion Pursuant to Local Rule 108, 08-24-00. | 77 | Granted. |




AO 72
(Rev 8/82)

CIVIL 97-2481 (SEC) (JA)                                2

| | | |
|---|---|---|
| Motion to Adjudicate Motion for Summary Judgment on Behalf of María Rivera and Víctor Marrero, 08-29-00. | 80 | Denied. |
| Urgent Motion to Supplement the Proposed Pretrial Order, 09-05-00. | 81 | Granted. |
| Motion to Alter or Amend Judgment 09-05-00. | 82 | Granted as requested. The partial judgment of August 25, 2000 is left without effect, as is the opinion and order of August 25, 2000. The motion for summary judgment is denied. The additional discovery should be completed in 90 days. The pretrial is set for March 19, 2001 at 12:15 p.m. The jury trial is set for April 17, 2001 at 9:30 a.m. |
| Motion Submitting Exhibits Translated, 10-30-00. | 84 | Noted. |

In San Juan, Puerto Rico, this 18th day of December, 2000.

JUSTO ARENAS
United States Magistrate Judge

s/ao :
Jury Clerk
Opns Manager
Ch. Deputy Clerk
Ctrm Deputy
Ct Reporter
12/19/00