IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiffs

v.                                                           CIVIL 97-2481 (SEC) (JA)

MARIA RIVERA ORTIZ, et al.,

Defendants

<u>ORDER</u>

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Vacate Trial Date, 01-11-01. | 86 | Granted. The trial setting of April 17, 2001 is vacated. The pretrial conference will be held on that date at 9:30 a.m. The jury trial is reset for May 14, 2001 at 9:30 a.m. This is a firm setting, regardless of the status of any dispositive motions. The Clerk is to notify this order promptly. |

In San Juan, Puerto Rico, this 26th day of January, 2001.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)

