IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiffs

v.

MARIA RIVERA ORTIZ, et al.,

Defendants

CIVIL 97-2481 (SEC) (JA)

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Extension of Time to Conclude Discovery, 03-16-01. | 88 | Granted. |

In San Juan, Puerto Rico, this 20th day of March, 2001.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)