IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et. al.,

Plaintiffs

v.                                                                  CIVIL 97-2481 (SEC) (JA)

MARIA RIVERA ORTIZ, et al.,

Defendants
_____

ORDER

In view of the "Mutual Rescheduling Request" filed by plaintiff on April 6, 2001 (Docket No. 94), the pretrial and trial settings of April 17, and May 14, 2001 are left without effect. The extension to complete discovery is approved. The new trial date and time will be July 10, 2001 at 9:30 A.M. The pretrial will be held on June 11, 2001 at 9:30 A.M.

In San Juan, Puerto Rico this 11th day of April, 2001.

JUSTO ARENAS
United States Magistrate Judge