IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiffs

v.                                              CIVIL 97-2481 (SEC) (JA)

MARIA RIVERA ORTIZ, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Pursuant to Local Rule 108, 03-27-01. | 92 | Granted. |
| Motion Requesting Leave to Reply to Defendant's Summary Judgment Motion Upon Conclusion of Discovery, 05-01-01. | 95 | Granted. |
| Motion Submitting Exhibits Translated, 05-30-01. | 97 | Granted. |

In San Juan, Puerto Rico, this 6th day of June, 2001.

JUSTO ARENAS
United States Magistrate Judge