```
1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
2

3
    MICAELA GUALDARRAMA, et al.,
4

5   Plaintiffs

6   v.                                      CIVIL 97-2481 (SEC)(JA)

7
    MARIA RIVERA ORTIZ, et al.,
8
    Defendants
9
   _____

10

11             PRETRIAL CONFERENCE REPORT AND ORDER

12

13       At the conference held on June 11, 2001, plaintiffs were represented by Osvaldo

14  Pérez Marrero, Esq., defendants by María Judith Surillo, Esq.

15       The jury trial scheduled for July 10, 2001, is reset to September 10, 2001 at

16  9:30 a.m. The pretrial conference is reset for August 27, 2001 at 9:30 a.m. A ruling on the

17  motion for protective order will follow. The pending summary judgment should be ruled

18  upon before trial but in the event it is pending on September 10, 2001, the trial will not

19  be continued.

20       In San Juan, Puerto Rico, this 14th day of June, 2001.

21
                                          [signature]
22
                                          JUSTO ARENAS
23                                        United States Magistrate Judge

24

25  a/cs: Jury Adm.
26        Chief Deputy
27        Operations Mgr.
          Courtroom Deputy
28        Court Reporter
          6/15/01
```