IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiffs

v.                                                      CIVIL 97-2481 (SEC) (JA)

MARIA RIVERA ORTIZ, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Urgent Informative Motion, 08-20-01. | 102 | Noted. |
| Urgent Motion Requesting a Ruling on the Motion for Summary Judgment and to Continue the Pretrial Scheduled for August 27, 2001, 08-21-01. | 103 | Granted in part. The pretrial date is reset for September 18, 2001 at 8:30 a.m. The September 10 trial date is vacated. Trial is now set for October 8, 2001 at 9:30 a.m. Alternative dates to accommodate counsel and parties are October 15 and October 22, 2001. |

In San Juan, Puerto Rico, this 23rd day of August, 2001.

JUSTO ARENAS
United States Magistrate Judge

