IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiff

v.                                                         CIVIL 97-2481 (SEC)(JA)

MARIA RIVERA ORTIZ, et al.,

Defendant

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Clarification of Opinion and Order Issued on October 22, 2001, 11-14-01. | 109 | Defendants are not in error. |

In San Juan, Puerto Rico, this 26th day of November, 2001.

JUSTO ARENAS
United States Magistrate Judge