IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiff

v.                                             CIVIL 97-2481 (SEC) (JA)

MARIA RIVERA ORTIZ, et al.,

Defendant

**ORDER**

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Leave to File a Reply to the Opposition to Defendant's Motion to Dismiss, 12-13-01. | 114 | Denied. |

In San Juan, Puerto Rico, this 17th day of December, 2001.

JUSTO ARENAS
United States Magistrate Judge