RECEIVED & FILED
'01 DEC 21 PM 3 07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiff

v.                                    CIVIL 97-2481 (SEC) (JA)

MARIA RIVERA ORTIZ, et al.,

Defendant

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
| --- | --- | --- |
| Mutual Rescheduling Request, 09-13-01. | 105 | Moot. |
| Motion Pursuant to Local Rule 108, 12-04-01. | 112 | Granted. |

In San Juan, Puerto Rico, this 18th day of December, 2001.

JUSTO ARENAS
United States Magistrate Judge

s/c: Osvaldo Pérez
Fco. Ojeda
María Aurillo
for file
12/21/01