RECEIVED & FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

01 DEC 21 PM 3. 07

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P R

MICAELA GUALDARRAMA, et al.,

Plaintiff

v.                                              CIVIL 97-2481 (SEC) (JA)

MARIA RIVERA ORTIZ, et al.,

Defendant

## O R D E R

Because I will not be available for trial on January 24, 2002, due to Naval Reserve Service, the trial setting of January 24, 2002 is left without effect. The trial is reset for February 11, 2002 at 9:30 a.m.

In San Juan, Puerto Rico, this 18th day of December, 2001.

JUSTO ARENAS
United States Magistrate Judge

s/cs: Jerry Adm.
Chief Deputy
Operations Mgr.
Courtroom Deputy
Court Reporter
12/21/01

s/c: Oswaldo Pérez
Fco. Ojeda
Maria Santllo
for file
12/21/01