IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiff

v.   CIVIL 97-2481(SEC)(JA)

MARIA RIVERA ORTIZ, et al.,

Defendant

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Conflict Informative Motion, 01-22-02. | 122 | In view of the conflict caused by the February 11 trial setting, that trial setting is left without effect. I have a previously scheduled trial on March 11. Parties may choose either April 2 or 22, 2002 for the jury trial. |

In San Juan, Puerto Rico, this 27th day of January, 2002.

JUSTO ARENAS
United States Magistrate Judge