IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiff

v.                                    CIVIL 97-2481 (SEC) (JA)

MARIA RIVERA ORTIZ, et al.,

Defendant

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Notice to the Court, 01-29-02. | 124 | Noted. |

In San Juan, Puerto Rico, this 4th day of February, 2002.

JUSTO ARENAS
United States Magistrate Judge