IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2002 MAR 14 PM 1:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MICAELA GUALDARRAMA, et al.,

Plaintiff

v.                                              CIVIL 97-2481 (SEC) (JA)

MARIA RIVERA ORTIZ, et al.,

Defendant

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Notice to the Court, 02-06-02. | 126 | Noted. |
| Reply to Notice to the Court, 02-07-02. | 127 | The case is stayed as to co-defendant Víctor Marrero due to his bankruptcy petition. |

In San Juan, Puerto Rico, this 12th day of March, 2002.

JUSTO ARENAS
United States Magistrate Judge