IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiff

v.                                          CIVIL 97-2481 (SEC) (JA)

MARIA RIVERA ORTIZ, et al.,

Defendant

<u>O R D E R</u>

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Second Motion to Amend or Alter the Order Pursuant to Fed. R. Civ. P. 60(6), 06-06-02. | 131 | Denied. The case is stayed due to Víctor Marrero's bankruptcy. |

In San Juan, Puerto Rico, this 10th day of June, 2002.

JUSTO ARENAS
United States Magistrate Judge