IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiff

v.                                                                    CIVIL 97-2481 (SEC)(JA)

MARIA RIVERA ORTIZ, et al.,

Defendant

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Urgent Motion for Clarification and/or Reconsideration, 06-18-02. | 133 | Denial is due to bankruptcy stay. A status conference is set for July 17, 2002 at 9:30 a.m. |

In San Juan, Puerto Rico, this 26th day of June, 2002.

JUSTO ARENAS
United States Magistrate Judge

s/cs:to (3)
attys/pts
in ICMS

JUN 28 2002