IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRMA, et al.,

    Plaintiffs,

v.

MARIA RIVERA ORTIZ, et al.,

    Defendants.

CIVIL NO. 97-2481 (SEC) (JA)

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

Notice is hereby given that the appearing defendant –Maria Rivera Ortiz-- appeals to the United States Court of Appeals for the First Circuit from an Order of this Honorable Court file-marked the 11th day of June, 2002 (Dkt. No. 131) which denies the appearing defendant's qualified immunity defense as a matter of law.

**I HEREBY CERTIFY** that on this same date, a true and exact copy of this motion will be sent by regular and certified mail to: **Osvaldo Pérez-Marrero, Esq.**, Banco Cooperativo Plaza, Suite 601-602A, Ave. Ponce de León 623, Hato Rey, Puerto Rico 00917-4806.

Respectfully submitted, in San Juan, Puerto Rico, this 11th day of July, 2002.

**DEPARTMENT OF JUSTICE OF THE COMMONWEALTH OF PUERTO RICO**
P. O. BOX 9020192
SAN JUAN, PUERTO RICO 00902-0192
Tel. (787) 721-5636/721-8010
Fax. (787) 723-9188

**ANABELLE RODRÍGUEZ**
Secretary of Justice

**IVONNE PALERM**
Assistant Secretary of Justice
In Charge of Litigation

**SALVADOR J. ANTONETTI-STUTTS**
Director, Federal Litigation Division

*[signature]*

**MARIA JUDITH SURILLO**
U.S.D.C. – PR Bar No. 213714
Federal Litigation Division