IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, et al.,

Plaintiff

v.                                           CIVIL 97-2481 (SEC) (JA)

MARIA RIVERA ORTIZ, et al.,

Defendant

ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Withdraw as Attorney of Record and to Assume Legal Representation, 08-15-03. | 138 | Granted. |

In San Juan, Puerto Rico, this 22nd day of August, 2003.

JUSTO ARENAS
United States Magistrate Judge