IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **Micaela Gualdarrama, et. al.** | | |
| Plaintiffs | | CIVIL NO. 97-2481 (SEC) (JA) |
| v. | | Re:  PERSONAL INJURY |
| **Maria Rivera Ortiz; et. al.** | | CIVIL RIGHTS VIOLATION |
| Defendants | | **JURY TRIAL REQUESTED** |
| | | 42 USC §1983 |

## *MOTION REQUESTING REINSTATEMENT OF CASE*

TO THE HONORABLE COURT:

COME NOW plaintiff, Micaela Gualdarrama and Reina Roldán, through their undersigned attorney, respectfully informs as follows:

1. The present case was Dismissed Without Prejudice due to a pending bankruptcy action filed by co-defendant Victor Marrero Barrios.

2. Plaintiff has recently discovered that the bankruptcy claim filed by Victor Marrero Barrios has been dismissed.  In light of this dismissal, plaintiff respectfully requests that the present case be reinstated.

Wherefore, plaintiffs respectfully request that their present case be reinstated.

-1-

In San Juan, Puerto Rico, this 27th day of May 2005.

I CERTIFY that a copy of the foregoing was served today by regular mail to María Judith Surillo, Esq., Department of Justice, Federal Litigation Division, PO Box 9020192, San Juan, P.R. 00902-0192.

        **S/OSVALDO PEREZ MARRERO**
        USDC-PR 119013
        Banco Cooperativo Plaza
        Suites 601-602A
        Ave. Ponce de León 623
        Hato Rey, PR 00917-4806
        Tel. 753-1313 Fax. 753-1317
        E-mail: opm@opmlaw.org