IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA, per se,
VÍCTOR ROLDÁN MORALES, per se,
and both representing minor REINA
ROLDÁN GUALDARRAMA,

Plaintiffs

v.                                                         CIVIL 97-2481(SEC) (JA)

MARÍA RIVERA ORTIZ, VÍCTOR
MARRERO BARRIOS; WALBERT
GARCÍA; PEDRO TOLEDO; JOHN DOE
and RICHARD ROE,

Defendants

PRETRIAL CONFERENCE REPORT

At the conference held on November 17, plaintiffs were represented by Osvaldo Pérez Marrero, Esq., defendants by Isabel María Rodríguez Casellas, Esq.

Plaintiffs announces that the previous pretrial order requires significant alterations, including the changing of at least one expert witness. That expert witness has yet to be announced formally. Plaintiffs are to comply with Rule 26(b)4 within 60 days, and the defendants will have an opportunity to depose the expert and designate an expert. The pretrial conference is reset for March 31, 2006 at 9:00 a.m. Jury trial is reset for May 1, 2006 at 9:30 a.m.

In San Juan, Puerto Rico this 18th day of November, 2005.

S/ JUSTO ARENAS
United States Magistrate Judge