IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Micaela Gualdarrama, et. al.** | |
| Plaintiffs | CIVIL NO. 97-2481 (SEC) (JA) |
| v. | Re: PERSONAL INJURY |
| **Maria Rivera Ortiz; et. al.** | CIVIL RIGHTS VIOLATION |
| Defendants | **JURY TRIAL REQUESTED** |
| | 42 USC §1983 |

### *MOTION REQUESTING CONTINUANCE DUE TO MEDICAL CONDITION*

TO THE HONORABLE COURT:

COME NOW plaintiff, Micaela Gualdarrama and Reina Roldán, through their undersigned attorney, respectfully informs as follows:

1. This case is set for jury trial on May 1, 2006.

2. This week we held a meeting with plaintiffs, in preparation for trial. We became aware of the serious depressive condition that co-plaintiff Reina Roldan is presently suffering. She is not speaking, aloof, almost catatonic.

3. Her mother informed us that she developed recently said condition and is being presently treated by Dr. Luis Carlos Rojas, psychiatrist.

4. Concerned with the impression that she, in that condition, could not be of help in the upcoming trial of her cause of action before this Honorable Court, we called said Dr. who informed us of her serious condition and agreed she should not attend trial in her present state. A medical certificate was promised and will be soon submitted.

5. We discussed the matter with defendant's counsel before bringing the matter to the court. Defendants understand our situation, but due to the age of the case, oppose

-1-

a continuance.

6. Not withstanding, the parties agree that they will be available for trial on **July 14, 2006**.

7. Plaintiffs will be tracking closely the progress of Reina Roldan's treatment in an effort that she will be available for trial on that date.

Wherefore, plaintiffs respectfully request that their present case be continued until such date.

In San Juan, Puerto Rico, this 20 day of April 2006.

        **S/OSVALDO PEREZ MARRERO**
        USDC-PR 119013
        Banco Cooperativo Plaza
        Suites 601-602A
        Ave. Ponce de León 623
        Hato Rey, PR 00917-4806
        Tel. 753-1313 Fax. 753-1317
        E-mail: opm@opmlaw.org