IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**Micaela Gualdarrama, et. al.**
   Plaintiffs
v.
**Maria Rivera Ortiz; et. al.**
   Defendants

CIVIL NO. 97-2481 (SEC) (JA)
Re: PERSONAL INJURY
CIVIL RIGHTS VIOLATION
**JURY TRIAL REQUESTED**
42 USC §1983

## *MOTION SUBMITTING PROMISED MEDICAL CERTIFICATE AND INFORMING STATUS OF MEDICAL CONDITION*

TO THE HONORABLE COURT:

COME NOW plaintiff, Micaela Gualdarrama and Reina Roldán, through their undersigned attorney, respectfully informs as follows:

1. This case is set for jury trial on July 14, 2006. Enclosed is the medical certificate promised by Dr. Luis Carlos Rojas, Psychiatrist.

2. After this visit, plaintiffs informed us that her condition worsened, and presently she is hospitalized, due to the serious depressive condition that co-plaintiff Reina Roldán is suffering.

3. Plaintiffs will be tracking closely the progress of Reina Roldán's treatment in an effort that she will be available for trial on that date.

4. We still hope she will recover and be able to assist in the upcoming trial.

Wherefore, plaintiffs provide the promised medical certificate and inform the Court of her present deterioration and hospitalization.

In San Juan, Puerto Rico, this 10th day of May 2006.

-1-

**S/OSVALDO PEREZ MARRERO**
USDC-PR 119013
Banco Cooperativo Plaza
Suites 601-602A
Ave. Ponce de León 623
Hato Rey, PR 00917-4806
Tel. 753-1313 Fax. 753-1317
E-mail: opm@opmlaw.org