# Luis Carlos Rojas Ruiz, M.D.
## PSIQUIATRA

1056 FERROCARRIL, SUITE 6
SAN JUAN, P.R. 00925
OFIC. (787) 765-9190
FAX (787) 759-8933

CALLE HERACLIO MENDOZA #21
CAYEY, P.R. 00737
TEL. (787) 738-5220
FAX (787) 738-5480

May 2, 2006

Re: Reina M. Roldan

Female patient who was evaluated on April 4, 2006 for the first time.

On that visit show sign and symptoms of on affective disorder severe, ten days after the evaluation her condition deteriorate. At the present time is unable to her lawyer for her legal case.

She should keeps in treatment.

Luis C. Rojas Ruiz, MD
License 10398