## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MICAELA GUALDARRAMA, et al.,** | |
| **Plaintiffs,** | **CIVIL NO. 97-2481 (SEC)(JA)** |
| **v.** | |
| **MARIA RIVERA ORTIZ, et al.,** | |
| **Defendants.** | |

### EMERGENCY INFORMATIVE MOTION
### REGARDING CO-DEFENDANTS' LEGAL REPRESENTATION

**TO THE HONORABLE COURT:**

**COMES NOW**, the Department of Justice, through the undersigned attorney, and very respectfully alleges and prays as follows:

1.      That the Jury Trial in the above captioned case is scheduled for April 9, 2007. See Docket No. 157.

2.      That the Department of Justice has been attempting to contact co-defendants Victor Marrero and Maria Rivera Ortiz since November of 2006 in order to commence the preparations for trial.  These attempts included telephone calls and certified letters to the last known addresses of the co-defendants, as per the records at the Police Department and the Department of Justice.

3.      That to this day, neither of the co-defendants has responded to the attempts by the Department of Justice to contact them.  Act No. 104 of June 29, 1955, as amended by Act No. 9 of November 26, 1975, provides as follows:

> Every official, ex-official, employee or ex-employee wishing to be covered by the provisions of section 3085 of this title shall
> (a)…

(b) Cooperate in good faith with the Secretary of Justice in the investigation he may undertake of the facts alleged in the complaint and **cooperate likewise during all subsequent judicial proceedings.** (Emphasis ours).

32 P.R.St.Ant. § 3086

4.      Due to co-defendants' failure to cooperate in their defense, the Law No. 9 Division was informed of this situation, and the Department of Justice has decided to commence the process of withdrawing the Law No. 9 legal representation to these co-defendants. Co-defendants will be notified by certified letter of the Department's intention.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of this emergency informative motion.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorney for plaintiffs.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 12th day of March, 2007.

**ROBERTO J. SANCHEZ RAMOS**
Secretary of Justice

**VIVIAN GONZALEZ MENDEZ**
Deputy Secretary In Charge of Litigation

**s/Francisco Ojeda-Diez**
**FRANCISCO OJEDA-DIEZ**
U.S.D.C. NO. 211108
Division Director Unit VI
General Litigation Office
Department of Justice
P.O. Box 9020192
San Juan, PR. , 00902-0192
Tel. (787) 721-2900, Ext. 2605
Fax. (787) 723-9188

2

E-mail:  fojeda@justicia.gobierno.pr