IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MICAELA GUALDARRAMA, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**MARIA RIVERA ORTIZ, et al.,**<br><br>**Defendants.** | **CIVIL NO. 97-2481 (SEC)(JA)** |

## VERDICT FORM

**WE, THE JURY, FIND AS FOLLOWS:**

**Question No. 1**

Do you find from a preponderance of the evidence that defendant Victor Marrero intentionally committed acts that violated the plaintiffs' federal constitutional right not to be subjected to excessive or unreasonable force during an arrest?

ANSWER    YES_____    NO_____

(If you answer to Question No. 1 is Yes, proceed to Question No. 2. If you answer to Question No. 1 is No, proceed to Question No. 3).

**Question No. 2**

What amount do you find will fairly and adequately compensate plaintiffs for emotional pain and mental suffering caused by defendant Victor Marrero?

AMOUNT    $_____

**Question No. 3**

Do you find from a preponderance of the evidence that defendant Maria Rivera intentionally committed acts that violated the plaintiffs' federal constitutional right not to be subjected to excessive or unreasonable force during an arrest?

ANSWER    YES_____    NO_____

(If you answer to Question No. 3 is Yes, proceed to Question No. 4.  If you answer to Question No. 3 is No, proceed to Question No. 5).

**Question No. 4**

What amount do you find will fairly and adequately compensate plaintiffs for emotional pain and mental suffering caused by defendant Maria Rivera?

AMOUNT    $_____

**Question No. 5**

Do you find that punitive damages should be assessed as to defendant Victor Marrero because you find he acted with malice or with reckless indifference to plaintiffs' federally protected rights?

ANSWER    YES_____    NO_____

(If your answer to Question No. 5 is Yes, state the amount below.  If your answer to Question No. 5 is No, proceed to Question No. 6).

AMOUNT    $_____

**Question No. 6**

Do you find that punitive damages should be assessed as to defendant Maria Rivera because you find she acted with malice or with reckless indifference to plaintiffs' federally protected rights?

ANSWER    YES_____    NO_____

(If your answer to Question No. 6 is Yes, state the amount below.  If your answer to Question No. 6 is No, have the foreperson sign and the date the verdict form.)

AMOUNT    $_____

At San Juan, Puerto Rico, this _____ day of April, 2007.

_____
Foreperson