IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Micaela Gualdarrama, et. al.** Plaintiffs v. **Maria Rivera Ortiz; et. al.** Defendants | CIVIL NO. 97-2481 (SEC) (JA) Re: PERSONAL INJURY CIVIL RIGHTS VIOLATION **JURY TRIAL REQUESTED** 42 USC §1983 |

## *MOTION REQUESTING AN EXTENSION TO FILE*

TO THE HONORABLE COURT:

COME NOW plaintiff, Micaela Gualdarrama and Reina Roldán, through their undersigned attorney, respectfully informs as follows:

1. This Honorable Court has ordered Proposed voir dire, jury instructions, and verdict forms to be filed by April 2, 2007.

2. Plaintiffs request an extension up to April 4, 2007, to submit the same.

3. The parties are attempting final efforts to reach an extrajudicial settlement of this case.

Wherefore, plaintiffs request the stated extension and we will inform the Court of the settlement efforts.

In San Juan, Puerto Rico, this April 2, 2007.

**S/OSVALDO PEREZ MARRERO**
USDC-PR 119013
Banco Cooperativo Plaza
Suites 601-602A
Ave. Ponce de León 623
Hato Rey, PR 00917-4806
Tel. 753-1313 Fax. 753-1317
E-mail: opm@opmlaw.org