# Judge's List

Judge: HON. JUSTO ARENAS
Event: CV-97-2481(SEC)
Description: M.GUALDARRAMA VS VICTOR MARRER

Date: 4/9/07
Time: 9:05 AM

*RECEIVED & FILED APR - 9 2007 CLERK'S OFFICE U.S. DIST. COURT HATO REY, PR*

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 1 | ~~100003980~~ | ~~03-0246~~ | ~~PAULINO-SANCHEZ, MIGUEL ALEJANDR~~ GUAYNABO | PD3 |
| 2 | 100000626 | 03-0244 | CRUZ-CRESPO, CARLOS ALBERTO ADJUNTAS | PP3 |
| 3 | 100002390 | 03-0216 | DE JESUS-SANTIAGO, JOSE LUIS NAGUABO / SALES SUPERVISOR | J |
| 4 | 100001711 | 03-0206 | GUADALUPE-AMADOR, RAYMOND L CAMUY / COCA COLA COMPANY | CP |
| 5 | 100001300 | 03-0215 | LOPEZ-PAGAN, EDUARDO A SAN JUAN / MAN.REPRESENTATIVE | J |
| 6 | ~~100002202~~ | ~~03-0061~~ | ~~GUZMAN-BETANCOURT, YOLANDA DEL CAR~~ RIO GRANDE | PD1 |
| 7 | ~~100001357~~ | ~~03-0151~~ | ~~FERNANDEZ-VALDES, OSCAR~~ SAN JUAN | PP1 |
| 8 | 100005572 | 03-0087 | CRUZ-MORALES, FABIAN MAYAGUEZ | J |
| 9 | 100006357 | 01-0180 | CASALDUC-ALBARRAN, EDWIN BAYAMON | J |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: HON. JUSTO ARENAS  
Event: CV-97-2481(SEC)  
Description: M.GUALDARRAMA VS VICTOR MARRER

Date: 4/9/07  
Time: 9:05 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 10 | 100007309 | 03-0170 | GONZALEZ-SANTIAGO, BENITO<br>BARCELONETA | J |
| 11 | ~~100006838~~ | ~~03-0068~~ | ~~RIVERA-SHA, IRIS Y~~<br>SAN JUAN | PD4 |
| 12 | 100000948 | 03-0173 | COLON-ACEVEDO, SONIA ESTELA<br>SAN JUAN | CP |
| 13 | 100007219 | 03-0242 | CARABALLO-VALENTIN, MOISES<br>MAYAGUEZ | J |
| 14 | 100006214 | 03-0209 | ~~PENA-CABALLERO, LUISA MARIA~~<br>CAGUAS    CUSTOMER SERVICES | PD2 |
| 15 | ~~100000401~~ | ~~03-0236~~ | ~~PEREZ-ARRABAL, MARLY EUGENIA~~<br>GUAYNABO | PP4 |
| 16 | ~~100007784~~ | ~~03-0188~~ | ~~RIVERA-COLON, IZAIDA~~<br>SAN JUAN | PP2 |
| 17 | 100003967 | 03-0163 | MARTINEZ-ORTIZ, JOSE A<br>SAN JUAN | J |
| 18 | 100004964 | 03-0100 | FORTUNA-VAZQUEZ, JOSE<br>MAYAGUEZ | J |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: HON. JUSTO ARENAS  
Event: CV-97-2481(SEC)  
Description: M.GUALDARRAMA VS VICTOR MARRER

Date: 4/9/07  
Time: 9:05 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 19 | 100005596 | 03-0239 | NIEVES-DIAZ, VANESSA<br>LAJAS<br>DIRECTOR OF SALES | JVD |
| 20 | 100000971 | 03-0192 | PAGAN-OQUENDO, KRIMILDA<br>SAN JUAN | JVD |
| 21 | 100004603 | 03-0245 | JUARBE-DE ARCE, ROBERTO<br>ARECIBO | JVD |
| 22 | 100006586 | 03-0041 | FIGUEROA-MARTINEZ, FRANCISCO JAVIE<br>COAMO | JVD |
| 23 | 100000545 | 03-0241 | TARAFA-VEGA, LOYDA<br>PENUELAS | JVD |
| 24 | 100001967 | 03-0229 | FLORES-NIEVES, JUANITA<br>CAGUAS | JVD |
| 25 | 100001881 | 03-0007 | CRUZ-CASILLAS, MANUEL<br>CAROLINA | JVD |
| 26 | 100001941 | 03-0207 | VAZQUEZ-RIVERA, LUIS RAFAEL<br>AIBONITO<br>Enginner-Manager | CP |
| 27 | 100006192 | 03-0230 | MARTINEZ-ALICEA, CARMEN MARIA<br>RIO GRANDE | JVD |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.