# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS                                   DATE:   April 9, 2007

COURTROOM DEPUTY: Brenda GONZALEZ            CV. NO. 97-2481 (SEC/JA)

COURT REPORTER:   FTR/bg

COURT INTERPRETER: Lauren GARCIA

Attorneys:

MICAELA GUALDARRAMA, ET AL                Osvaldo PEREZ-MARRERO, Esq.

v.

MARIA RIVERA-ORTIZ, ET AL                     Francisco OJEDA-DIEZ, Esq.
ET AL

CASE CALLED FOR JURY TRIAL (1ST day).  Prior to the hearing, the parties met in chambers to discuss housekeeping matters.

The jury was impaneled and sworn in.  Preliminary instructions to the jury delivered by the Court.  Snacks will be provided to the jurors during the length of trial.  Opening statements are presented by the attorneys for both parties.  Testimony of plaintiff Mrs. Micaela Gualdarrama was heard on her behalf.

Further Jury Trial set for tomorrow, April 10, 2007, at 9:30 a.m.

s/ *Brenda Gonzalez*
Brenda Gonzalez
Courtroom Deputy Clerk

s/c:  Jury Clerk