# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS                            DATE:  April 10, 2007

COURTROOM DEPUTY: Brenda GONZALEZ          CV. NO. 97-2481 (SEC/JA)

COURT REPORTER:   FTR/bg

COURT INTERPRETER: Lauren GARCIA

---

|  | Attorneys: |
|---|---|
| MICAELA GUALDARRAMA, ET AL | Osvaldo PEREZ-MARRERO, Esq. |
| v. |  |
| MARIA RIVERA-ORTIZ, ET AL ET AL | Francisco OJEDA-DIEZ, Esq. |

---

CASE CALLED FOR JURY TRIAL (2nd day).  Prior to the hearing, the parties met in chambers to discuss housekeeping matters.

Further testimony of plaintiff Mrs. Micaela Gualdarrama was heard on her behalf. Testimony of plaintiff Ms. Reina Roldan-Gualdarrama was heard on her behalf.

Further Jury Trial set for tomorrow, April 11, 2007, at 9:30 a.m.


s/ *Brenda Gonzalez*
Brenda Gonzalez
Courtroom Deputy Clerk