# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS                         DATE:  April 11, 2007

COURTROOM DEPUTY: Brenda GONZALEZ              CV. NO. 97-2481 (SEC/JA)

COURT REPORTER:   FTR/bg

COURT INTERPRETER: Lauren GARCIA and Juan L. Llagostera

<u>Attorneys</u>:

MICAELA GUALDARRAMA, ET AL            Osvaldo PEREZ-MARRERO, Esq.

v.

MARIA RIVERA-ORTIZ, ET AL             Francisco OJEDA-DIEZ, Esq.
ET AL

CASE CALLED FOR JURY TRIAL (3rd day).

Further testimony of plaintiff Ms. Reina Roldan-Gualdarrama was heard on her behalf. Plaintiff rests its case.

Defense counsel moved for Rule 50 motion. Arguments were heard by the parties. The Court denied the Rule 50 motion, but to the claim by Micaela Gualdarrama regarding Maria M. Rivera-Ortiz was reserved.

Testimony of plaintiffs Ms. Maria M. Rivera-Ortiz and Mr. Victor M. Marrero-Barrios were heard on their behalf. Defense rests its case. Defense counsel renewed the Rule 50 motion. The Court denied the motion.

A Charge Conference is set for today at 3:30 p.m. A Further Jury Trial set for tomorrow, April 12, 2007, at 9:30 a.m.

s/ *Brenda Gonzalez*
Brenda Gonzalez
Courtroom Deputy Clerk