We have reach a veredit



Court's
I.D. 2
4/12/07
cv.97-2481(SEC/JA)