IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MICAELA GUALDARRAMA,
REINA ROLDÁN GUALDARRAMA,

Plaintiffs

v.                                                          CIVIL 97-2481(SEC) (JA)

MARÍA RIVERA ORTIZ, VÍCTOR
MARRERO BARRIOS,

Defendants

VERDICT FORM

WE, THE JURY, FIND AS FOLLOWS:

**Question No. 1**

Do you find from a preponderance of the evidence that defendant Víctor Marrero Barrios intentionally committed acts that violated Micaela Gualdarrama's federal constitutional right not to be subjected to excessive or unreasonable force during an arrest?

ANSWER   YES_____   NO__X__

What amount do you find will fairly and adequately compensate Micaela Gualdarrama for emotional pain and mental suffering caused by defendant Víctor Marrero Barrios?

AMOUNT   $_____

**Question 2.**   Do you find from a preponderance of the evidence that defendant Víctor Marrero Barrios intentionally committed acts that violated Reina Roldán Gualdarrama's federal constitutional right not to be subjected to excessive or unreasonable force during an arrest?

ANSWER   YES_____   NO__X__

CIVIL 97-2481 (SEC) (JA)                           2

What amount do you find will fairly and adequately compensate Reina Roldán Gualdarrama for emotional pain and mental suffering caused by defendant Víctor Marrero Barrios?

AMOUNT    $_____

**Question No. 3**

Do you find from a preponderance of the evidence that defendant María Rivera Ortiz intentionally committed acts that violated Micaela Gualdarrama's federal constitutional right not to be subjected to excessive or unreasonable force during an arrest?

ANSWER    YES_____        NO__X__

What amount do you find will fairly and adequately compensate Micaela Gualdarrama for emotional pain and mental suffering caused by defendant María Rivera Ortiz?

AMOUNT    $_____

**Question 4.**  Do you find from a preponderance of the evidence that defendant María Rivera Ortiz intentionally committed acts that violated the Reina Roldán Gualdarrama's federal constitutional right not to be subjected to excessive or unreasonable force during an arrest?

ANSWER    YES_____        NO__X__

CIVIL 97-2481 (SEC) (JA)                              3

What amount do you find will fairly and adequately compensate Reina Roldán Gualdarrama for emotional pain and mental suffering caused by defendant María Rivera Ortiz?

    AMOUNT   $_____

**Question No. 5**

    Do you find that punitive damages should be assessed as to defendant Víctor Marrero Barrios because you find he acted with malice or with reckless indifference to Micaela Gualdarrama's federally protected rights?

    ANSWER   YES_____   NO__X__
    AMOUNT   $_____

    Do you find that punitive damages should be assessed as to defendant Víctor Marrero Barrios because you find he acted with malice or with reckless indifference to Reina Roldán Gualdarrama's federally protected rights?

    ANSWER   YES_____   NO__X__
    AMOUNT   $_____

**Question No. 6**

    Do you find that punitive damages should be assessed as to defendant María Rivera Ortiz because you find she acted with malice or with reckless indifference to Micaella Gualdarrama's federally protected rights?

    ANSWER   YES_____   NO__X__
    AMOUNT   $_____

CIVIL 97-2481 (SEC) (JA)                4

Do you find that punitive damages should be assessed as to defendant María Rivera Ortiz because you find she acted with malice or with reckless indifference to Reina Roldán Gualdarrama's federally protected rights?

ANSWER    YES_____        NO__X__

AMOUNT    $_____

In San Juan, Puerto Rico, this 12th day of April, 2007.

_____
Mr. DeJesus. Foreperson