# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| HONORABLE JUSTO ARENAS | DATE: April 12, 2007 |
| COURTROOM DEPUTY: Brenda GONZALEZ | CV. NO. 97-2481 (SEC/JA) |
| COURT REPORTER: FTR/bg | |
| COURT INTERPRETER: | |

<u>Attorneys</u>:

MICAELA GUALDARRAMA, ET AL        Osvaldo PEREZ-MARRERO, Esq.

v.

MARIA RIVERA-ORTIZ, ET AL        Francisco OJEDA-DIEZ, Esq.
ET AL

CASE CALLED FOR JURY TRIAL (4th day).

Closing arguments heard by the parties. Jury Instructions were delivered by the Court and marked as Court's ID 1. CSO Julio Guzman was sworn in. The jury was excused for lunch at 11:30 a.m. until 1:00 p.m. The jury was brought into the courtroom at 1:10 p.m. and retires to deliberate at 1:35 p.m. Jury Note #1 was received and filed at 2:30 p.m., and was marked as Court's ID 2 by order of the Court.

At 2:40 p.m., a verdict in favor for defendants was brought by the jury. Counsel for both parties had no objection that the jury do not get polled. The jury was excused. Judgment will be entered.

s/ *Brenda Gonzalez*
Brenda Gonzalez
Courtroom Deputy Clerk