AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR    DISTRICT OF    PUERTO RICO

MICAELA GUALDARRAMA, ET AL

**JUDGMENT IN A CIVIL CASE**

V.

MARIA RIVERA-ORTIZ, ET AL    Case Number:    3:97CV2481 (SEC/JA)

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on April 12, 2007.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that judgment be and is hereby entered in favor for defendants MARIA M. RIVERA-ORTIZ AND VICTOR M. MARRERO-BARRIOS, and against plaintiffs MICAELA GUALDARRAMA, REINA ROLDAN-GUALDARRAMA.

APRIL 12, 2007    JUSTO ARENAS, CHIEF MAGISTRATE JUDGE
Date    Judicial Officer or Clerk

s/ *Brenda Gonzalez*
(By) Brenda Gonzalez, Deputy Clerk