## ~~CORTE DE APELACION DEL PRIMER CIRCUITO DE LOS ESTADOS UNIDOS EN PUERTO RICO~~

Exp. Num. <u>97-2481</u> Sec (JA)

Micaela Guardarrama Santiago
Reina M. Roldan

Vs.

Maria M. Rivera Ortiz
Victor Marrero Barrios

**NOTICE OF APPEAL**

ESCRITO DE APELACION

Comparecen las partes peticionarias Micaela Guardarrama y Reina M. Roldan ante la corte de apelación del primer circuito de los Estados Unidos donde EXPONE, ALEGA Y SOLICITA:

1. Que el presente caso 97-2481 se dicto decisión el día 12 de abril de 2007.

2. Que apelamos decisión del caso por derecho propio, ya que la decisión no fue justa y razonable y por entender que el caso no se vio en su totalidad, ya que la Sra. Micaela Guardarrama fue acusada y fichada injustamente.

Que respetuosamente apelo ante este tribunal la decisión toma en este caso.

*[signature]*
Firma

Calle Lombardia #876
Country Club,
San Juan, P.R. 00924