IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

Micaela Guardarrama

v. Maria M. Rivera Ortiz
Victor M. Marrero Barrios

Civ. 97-2481 (Sec)

## MOTION TO PROCEED IN FORMA PAUPERIS
(Moción para Proceder en forma de Pobre)

I, the above-named petitioner declare under penalty of perjury that I am the petitioner in the above-entitled proceeding; that I am unable to pay the costs of said proceeding or give security thereof; that I believe I am entitled to redress; and that I believe I have a meritorious case.

(Yo, el peticionario de epígrafe, declaro bajo pena de perjurio que soy el peticionario en el caso antes mencionado; que no puedo pagar los costos de dicho procedimiento ni ofrecer garantía sobre el mismo; que considero tener derecho a un remedio y creo tener argumentos válidos.)

Wherefore, I hereby request to be allowed to proceed in forma pauperis, without prepayment of fees, costs or security thereof.

(POR TODO LO CUAL solicito se me permita proceder en forma de pobre, sin pago anticipado de cuotas, gastos o garantía de ellos.)

Date: 11/Mayo/07
(Fecha:)

Micaela Guardarrama Santiago
Petitioner - Peticionario

---

### O R D E R

This motion is hereby _____.

At San Juan, Puerto Rico, this ____ day of _____ of 19___.

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED
(Declaración en apoyo de la moción para proceder

IN FORMA PAUPERIS
(en forma de pobre)

Micaela Guardarrama Santiago
Petitioner
(Peticionario)

v. Maria M. Rivero Ortiz
   Victor M. Marrero Barrios
Defendant
(Demandado)

I, _____, petitioner in the above captioned case, in support of my motion to proceed without being required to prepay fees or costs or furnish any guarantee for the same, declare that, because of my economic situation, I am unable to pay the costs of said proceedings or furnish any guarantee for the same, and I believe that my claim is meritorious.

(Yo, Micaela Guardarrama Santiago, peticionario en el caso de epígrafe, en apoyo de mi moción para proceder sin que se me requiera pagar por adelantado los honorarios o costas o prestar alguna garantía para los mismos, declaro que, por razón de mi situación económica, estoy imposibilitado de pagar los costos de dichos procedimientos o de prestar garantía alguna para los mismos y creo que mi reclamación es meritoria.)

I declare that the answers that I have given as follows are true.

(Declaro que las respuestas que doy a continuación son ciertas.)

1. Petitioner's age:           40 años
   (Edad del peticionario)

2. Social Security Number:     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
   (Número de Seguro Social)

3. Residential address:        Calle Zumbador #876
   (Dirección residencial)     Urb. Country Club
                               San Juan, P.R. 00924

- AL DORSO -

Page -2-

4. Mailing address: _Cll Lambador #350_
   (Dirección postal) _Urb. Country Club_
   _San Juan P.R. 00924_

5. Telephone number:
   (Número de teléfono)

6. Are you married?          Yes ___    No ___
   (¿Está usted casado?)     Sí  ✓      No ___

7. Name of spouse: _Victor Roldan Morales_
   (Nombre del cónyuge)

   State/Country of spouse's domicile _La misma_
   (Estado/País domicilio del cónyuge)

8. Petitioner's employment:              Spouse's Employment
   (Empleo del peticionario)             (Empleo del cónyuge)

   Employer:                             Employer:
   (Patrono)                             (Patrono)
   _Ama de Casa_                         _A.S.E.M_

   Address:                              Address:
   (Dirección)                           (Dirección)
   _Ama de casa_                         _Centro Medico_
                                         _Rio Piedras_

   Telephone: _____                 Telephone: _777-3535_
   (Teléfono)                            (Teléfono)

   Position: _____                  Position: _Sum. Est._
   (Puesto)                              (Puesto)

   Wages:    $_____                 Wages:    $_1,700.00_
   (Salario)                             (Salario)

   _____ Monthly (mensual)              _____ Monthly (mensual)
   _____ Weekly (semanal)               _____ Weekly (semanal)

- AL DORSO -

Page -3-

9. If you are currently unemployed, state the date of your last employment and the monthly salary you are making.
(Si se encuentra actualmente desempleado, indique la fecha de su último empleo y el sueldo mensual que devengaba.)

_Agosto 9/2006_ $ _1,743.00_

10. If your spouse is unemployed, state the date of last employment and the monthly salary.
(Si su cónyuge está desempleado, indique la fecha de su último empleo y el sueldo mensual.)

_____ $ _____

11. Have you or your spouse received any income from the following sources during the past twelve (12) months?
(¿Han recibido usted o su cónyuge ingresos durante los últimos doce meses de las siguientes fuentes?)

If the answer is yes, state the amount.
(Si la contestación es sí, indique la cantidad.)

a. Business, profession or self-employment:
(Negocio, profesión o trabajo por su cuenta)

Yes ____    No ✓    Amount : $ _____
Sí          No       Cantidad

b. Pension, annuity or life insurance payments?
(Pago de pensiones, anualidades o seguro de vida)

Yes ____    No ✓    Amount : $ _____
Sí          No       Cantidad

c. Inheritances, donations or gifts?
(Herencias, donaciones o regalos)

Yes ____    No ✓    Amount : $ _____
Sí          No       Cantidad

d. Prizes in casino, lottery, horseracing games or other games of chance, etc.
(Premios en juegos de casino, lotería, carreras de caballo u otros juegos de azar, etc.)

Yes ____    No ✓    Amount : $ _____
Sí          No       Cantidad

- AL DORSO -

12. Other persons living in the same household:
    (Otras personas que residen bajo el mismo techo)

| Name (Nombre) | Age (Edad) | Relationship (Parentesco) | Employment (Empleo) | Wages (Salario) |
|---|---|---|---|---|
| Luny Roldan | 24 | hija | Estudiante | $ |
| V. A. Roldan | 22 | hijo | Desempleado | |

13. Do you or your spouse or any person living in the same household receive help from the government or from any other person?
    (¿Usted o su cónyuge o alguna persona que vive bajo su mismo techo recibe ayuda gubernamental o de otra persona?

    Petitioner:            Yes    No     Amount
    (Peticionario)         (Sí)   (No)   (Cantidad)

    1. State Insurance            ✓      $
       (Fondo del Seguro)
    2. Unemployment               ✓      $
       (Desempleo)
    3. Retirement                 ✓      $
       (Retiro)
    4. Pension                    ✓      $
       (Pensión)
    5. Social Security            ✓      $
       (Seguro Social)
    6. Food stamps                ✓      $
       (Cupones)
    7. Other type of aid   ✓             $
       (Otro tipo de ayuda) Incapacitado por el seguro social
       Pero no he recibido los beneficios.

    Spouse:
    (Cónyuge)

    1. State Insurance                   $
       (Fondo del Seguro)
    2. Unemployment                      $
       (Desempleo)
    3. Retirement                        $
       (Retiro)
    4. Pension                           $
       (Pensión)
    5. Social Security                   $
       (Seguro Social)
    6. Food stamps                       $
       (Cupones)
    7. Other type of aid                 $
       (Otro tipo de ayuda)

- AL DORSO -

Page -5-

Persons living in the same household:
(Personas que viven bajo su mismo techo)

|    |    | Yes (Sí) | No (No) | Amount (Cantidad) |
|---|---|---|---|---|
| 1. | State Insurance (Fondo del Seguro) |  | ✓ | $ |
| 2. | Unemployment (Desempleo) |  | ✓ | $ |
| 3. | Retirement (Retiro) |  | ✓ | $ |
| 4. | Pension (Pensión) |  | ✓ | $ |
| 5. | Social Security (Seguro Social) |  | ✓ | $ |
| 6. | Food stamps (Cupones) |  | ✓ | $ |
| 7. | Other type of aid (Otro tipo de ayuda) |  |  | $ |

14. Dependents (If they have another address, state so)
(Dependientes: si la dirección es distinta de la suya, hágalo constar)

| Name (Nombre) | Age (Edad) | Relationship (Parentesco) | Amount provided to support each one (Cantidad aportada para su sustento) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

15. Do you own the place where you live?   Yes ✓   No ___
(¿Es propietario del lugar donde reside?) (Sí)   (No)

If you are the owner, state:
(Si es propietario, indique:)

Estimated value of the house        $ _120,000 00_
(Valor estimado de la casa)

Capacity of the plot of land or farm    _390 n km_
(Cabida del solar o finca)

- AL DORSO -

Page -6-

       Estimated value of the plot of land    _____
       (Valor estimado del solar o finca)

16. If you are not the owner of the place of residence, state:
    (Si no es propietario del lugar de residencia, indique:)

    Name of the owner of the residence: _____
    (Nombre del propietario de la casa)

    Name of the owner of the plot of land: _____
    (Nombre del propietario del solar)

    Lease payment                    $ _____
    (Cánon de arrendamiento)

17. State if you own any other real estate property.
    (Indique si posee otros bienes inmuebles.)   *NO*

    | Place (Localización) | Description (Descripción) | Estimated value (Valor estimado) |
    |---|---|---|
    | _____ | _____ | $ _____ |
    | _____ | _____ | $ _____ |
    | _____ | _____ | $ _____ |

18. State if you own any property such as jewelry, stocks, bonds, notes, automobiles or any other valuable property. Exclude ordinary household furniture and clothing.
    (Indique si posee bienes tales como joyas, acciones, bonos, pagarés, automóviles o alguna otra propiedad de valor. Excluya mobiliario corriente y ropa.)

    | Description (Descripción) | Estimated value (Valor estimado) |
    |---|---|
    | Rio Kia 2002 | $ 5,000.00 |
    | _____ | $ _____ |

19. State if you possess any cash or any bank account.
    (Indique si tiene dinero en efectivo o alguna cuenta de banco.)

    Cash   *NO*                         $ _____
    (Dinero en efectivo)

    Checking account, Bank:   *NO*
    (Cuenta corriente, Banco)

                          - AL DORSO -

Page -7-

                                       Amount:         $ _____
(Cantidad)

    Savings account, Bank: _____N/O_____
    (Cuenta de ahorros, Banco)

                                         Amount:         $ _____
(Cantidad)

20. List all your obligations or debts, including banks, loan companies, credit accounts, etc.
(Enumere todas sus obligaciones o deudas, incluyendo bancos, compañías de préstamos, cuentas de crédito, etc.)

| Creditor:<br>(Acreedor) | Balance:<br>(Balance) | Monthly payment:<br>(Pago Mensual) |
|---|---|---|
| Banco Popular | $ 277.90 | $ 277.90 |
| RG Mortage | $ 94,000.00 | $ $664.00 |
| City Financial | $ 1,700.00 | $ 96.00 |
|  | $ | $ |

21. List all your approximate monthly expenses.
(Enumere sus gastos mensuales aproximados.)

    Food          $ 500.00
    (Alimentos)

    Clothing     $ 400.00
    (Ropa)

    Water        $ 60.00
    (Agua)

    Electricity  $ 180.50
    (Luz)

    Telephone   $ 50.00
    (Teléfono)

    Transportation $ 80.00
    (Transportación)

    Others      $ _____
    (Otros)

- AL DORSO -

Page -8-

22. Debts or obligations of your spouse that are not included in item number 20.
   (Deudas y obligaciones de su cónyuge que no están incluidas en el encasillado número 20.)

   Creditor:          Balance:           Monthly payment:
   (Acreedor)         (Balance)          (Pago Mensual)

   _____ $_____ $_____

   _____ $_____ $_____

   I understand that any false statement or answer in this affidavit carries a penalty for perjury under the provisions of Title 18 USC, section 1621, and it can subject me to a a prision sentence up to a maximum of five (5) years or a fine of up to a maximum of $2,000.00, or both.

   (Entiendo que cualquier afirmación o respuesta falsa en esta declaración conlleva pena de perjurio bajo las disposiciones del Título 18 Código de los Estados Unidos, sección 1621, y me puede exponer a una pena de prisión hasta un máximo de cinco (5) años o una multa hasta un máximo de $2,000.00 o ambas penas.)

   _____
   Petitioner's signature
   (Firma del peticionario)

   I declare under penalty of perjury that the foregoing is true and correct.
   (Declaro bajo pena de perjurio que lo anterior es cierto y correcto.)

   Signed this ____ of _____ of 19____
   (Firmado el       del mes de            de 19

   _____
   Petitioner's signature
   (Firma del peticionario)