**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** June 12, 2007

**DC #:** 97-2481 (JA)

**APPEAL FEE PAID:** YES ____ NO  X 

**CASE CAPTION:** Micaela Gualdarrama v. María Rivera-Ortiz

**IN FORMA PAUPERIS:** YES ____ NO  X 

**MOTIONS PENDING:** YES ____ NO  X 

**NOTICE OF APPEAL FILED BY:** Plaintiffs

**APPEAL FROM:** Judgment entered on 04/12/07

**SPECIAL COMMENTS:** Copies & original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries 1-61** | I |
| **Docket Entries 62-85** | II |
| **Docket Entries 86-111** | III |
| **Docket Entries 112-184** | IV |

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

                                                    FRANCES RIOS DE MORAN
                                                    Clerk of the Court

                                                    S/ Xiomara Muñiz
                                                    Xiomara Muñiz
                                                    Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk