IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Micaela Gualdarrama, et. al.** | |
|     Plaintiffs | CIVIL NO. 97-2481 (SEC) (JA) |
| v. | Re:  PERSONAL INJURY |
| **Maria Rivera Ortiz; et. al.** | CIVIL RIGHTS VIOLATION |
|     Defendants | **JURY TRIAL REQUESTED** |
| | 42 USC §1983 |

## MOTION WITHDRAWING LEGAL REPRESENTATION

TO THE HONORABLE COURT:

    Now comes Osvaldo Pérez Marrero and very respectfully submits the following motion to withdraw as counsel for plaintiff Micaela Guadarrama et al., herein, and in compliance with rules, states as follows:

1. That the appearing counsel represented plaintiffs up to and including the jury trial concluded on April 12, 2007.

2. Upon conclusion of trial, we informed plaintiffs that it was the extent of our participation in their case.

3. We have been receiving a Notice of Appeal filed by Micaela Guadarrama, and a request to Appeal in Forma Pauperis, submitted by her.

4. Since we no longer have a professional relation, we deem best to formally withdraw from the case.

5. We request this Honorable Court to release the undersigned attorney of continuing as counsel for plaintiff in this case.

6. That plaintiff is proceeding on her own behalf.

7.  Accordingly, once granted, we should be eliminated from further notifications from the Clerks Office in this case or the Case Management System in effect.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this June 12, 2007.

**S/OSVALDO PEREZ MARRERO**
USDC-PR 119013
Banco Cooperativo Plaza
Suites 601-602A
Ave. Ponce de León 623
Hato Rey, PR 00917-4806
Tel. 753-1313 Fax. 753-1317
E-mail: opm@opmlaw.org